## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COREY STUBBS,<br><br>Defendant. | 2:13-CR- 381<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR COREY STUBBS |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **COREY STUBBS**, #01999193, before the United States Magistrate Judge at Las Vegas, Nevada, on or about I/A & A/P Thurs. 10/17/13, 2 3:00pm GWF 3A M., for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**DATED: October 8, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
CHRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-CR- 381 |
| Plaintiff, ) | |
| ) | PETITION FOR WRIT OF HABEAS |
| vs. ) | CORPUS AD PROSEQUENDUM FOR |
| ) | COREY STUBBS |
| COREY STUBBS, ) | |
| Defendant. ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **COREY STUBBS**, #01999193, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **COREY STUBBS** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **COREY STUBBS** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on I/A & A/P Thurs. 10/17/13 3:00pm GWF 3A _____, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **COREY STUBBS** before the United States Magistrate Judge on or about _____ I/A & A/P Thurs. 10/17/13 3:00pm GWF 3A _____, 2013, at the hour of _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center and to the United States Marshal for the District of Nevada, commanding them to produce the said **COREY STUBBS** before the United States District Court on or about I/A & A/P Thurs. 10/17/13 3:00pm GWF 3A, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

**DATED** this ___8th___ day of October, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Pamela A. Martin for*

CHRISTINA D. SILVA
Assistant United States Attorney

2