RENE L. VALLADARES
Federal Public Defender
State Bar No. No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for
Corey Stubbs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:13-cr-00381-APG-CWH |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| COREY STUBBS, | |
| Defendant. | |

NOTICE is hereby given that Assistant Federal Public Defender WILLIAM CARRICO, will serve as counsel for the above-captioned defendant.

Counsel's address is as follows:

    Federal Public Defender
    411 E. Bonneville Avenue, Suite 250
    Las Vegas, Nevada 89101

DATED this 22nd day of October, 2013.

    RENE L. VALLADARES
    Federal Public Defender

    */s/ William Carrico*
    _____
    WILLIAM CARRICO
    Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 22, 2013, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

*/s/ Claudia V. Lopez*
_____
Employee of the Federal Public Defender