RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Corey Stubbs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COREY STUBBS,<br><br>Defendant. | 2:13-cr-00381-APG-CWH<br><br>**NOTICE OF APPEARANCE** |

      NOTICE is hereby given that Assistant Federal Public Defender SHARI L. KAUFMAN, will serve as co-counsel for the above-captioned defendant.

      Counsel's address is as follows:

          Federal Public Defender
          411 E. Bonneville Avenue, Suite 250
          Las Vegas, Nevada 89101

      DATED this 13th day of December, 2013.

                                RENE L. VALLADARES
                                Federal Public Defender

                                */s/ Shari L. Kaufman*

                                _____
                                SHARI L. KAUFMAN
                                Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on December 13, 2013, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE**, by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>CRISTINA D. SILVA
>Assistant United States Attorney
>NADIA JANJUA AHMED
>Assistant United States Attorney
>ROBERT KNIEF
>Assistant United States Attorney
>333 Las Vegas Blvd. So. 5th Floor
>Las Vegas, NV 89101

*/s/ Blanca Lenzi*
_____
Employee of the Federal Public Defender

2