DANIEL G. BOGDEN
United States Attorney
ROBERT KNIEF
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-6418
Attorneys for the Plaintiff



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COREY STUBBS and<br>KEVIN STUBBS,<br><br>　　　　　　　Defendants. | SUPERSEDING INDICTMENT<br><br>Case No.: 2:13-CR-0381-APG-CWH<br><br>COUNTS ONE, TWO, and THREE<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>*(Felon in Possession of a Firearm)* |

THE GRAND JURY CHARGES THAT:

**Count One**
*(Felon in Possession of a Firearm)*

On or about September 27, 2013, in the State and Federal District of Nevada,

**COREY STUBBS,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 2008 conviction, in the State of Nevada, for Battery With Use of a Deadly Weapon; and (2) a 2007 conviction, in the State of Nevada, for Battery with Deadly Weapon and Coercion with Use of a Deadly Weapon, did possess a Mossberg Model 88 12-gauge shotgun bearing serial number MV84015D, said possession being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**Count Two**
*(Felon in Possession of a Firearm)*

On or about September 27, 2013, in the State and Federal District of Nevada,

**KEVIN STUBBS,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a 2007 conviction, in the State of Nevada, for Battery with Use of a Deadly Weapon and Coercion with Use of Deadly Weapon, and

**COREY STUBBS,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 2008 conviction, in the State of Nevada, for Battery With Use of a Deadly Weapon; and (2) a 2007 conviction, in the State of Nevada, for Battery with Deadly Weapon and Coercion with Use of a Deadly Weapon, did possess a LCP .380 caliber Ruger handgun bearing serial number 37390032, said possession being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**Count Three**
*(Felon in Possession of a Firearm)*

On or about May 1, 2013, in the State and Federal District of Nevada,

**COREY STUBBS,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 2008 conviction, in the State of Nevada, for Battery With Use of a Deadly Weapon; and (2) a 2007 conviction, in the State of Nevada, for Battery with Deadly Weapon and Coercion with Use of a Deadly Weapon, did possess a Glock Model 21 9mm handgun serial number TUG787, said possession being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**Forfeiture Allegation One**

1. The allegations of Counts One and Three of this Superseding Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

2. As a result of the foregoing offense,

**COREY STUBBS,**

the defendant, if convicted under this Superseding Indictment, shall forfeit to the United States the firearms and ammunition involved or used in violation of Title 18, United States Code, Section 922(g), including but not limited to the following:

(a) a Mossberg Model 88 12-gauge shotgun bearing serial number MV84015D; and

(b) a Glock Model 21 9mm handgun serial number TUG787

(c) any and all ammunition.

All pursuant to Title 18, United States Code, Sections 922(g) and 924(d)(1); and Title 28, United States Code, Section 2461(c).

**Forfeiture Allegation Two**

1. The allegations of Count Two of this Superseding Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

2. As a result of the foregoing offense,

**KEVIN STUBBS, and**
**COREY STUBBS,**

defendants, if convicted under this Superseding Indictment, shall forfeit to the United States the firearms and ammunition involved or used in violation of Title 18, United States Code, Section 922(g),

including but not limited to the following:

    (a)    a LCP .380 caliber Ruger handgun bearing serial number 37390032; and

    (b)    any and all ammunition.

All pursuant to Title 18, United States Code, Sections 922(g) and 924(d)(1);and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

    This 9th day of April, 2014.

                                                       /S/
                                        FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN  
United States Attorney

ROBERT KNIEF  
Assistant United States Attorney

4