# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-00381-APG-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| COREY STUBBS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the defendant Corey Stubbs is hereby, released from custody due to the lack of pending charges.

IT IS FURTHER ORDERED that the United States Marshal shall arrange for the release of the defendant Corey Stubbs on the receipt of this Order.

DATED this  11th  day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE