# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-381 -APG-CWH |
|---|---|
| Plaintiff, | **MINUTE ORDER IN CHAMBERS** |
| v. | |
| COREY STUBBS, | |
| Defendant. | |

On July 11, 2014, the Government filed a Motion to Dismiss the remaining charges against Corey Stubbs. [Dkt. #152]. Upon the Court's review of the Motion, and good cause appearing,

IT IS HEREBY ORDERED the Motion to Dismiss [Dkt. #152] is GRANTED. All remaining charges against Corey Stubbs are hereby DISMISSED.

Dated: July 11, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE