# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cr-00381-APG-CWH |
| vs. | **ORDER** |
| COREY STUBBS, | |
| Defendants. | |

This matter is before the Court on Defendant Corey Stubbs' Motion for Return of Personal Property (#162), filed October 29, 2014. Pursuant to Fed. R. Crim. P. 41(g), Defendant requests the return of certain property in the custody and possession of the United States, including a laptop, tablet, and several cell phones. The request is unopposed and, as provided in Local Criminal Rule 47-9, "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly,

**IT IS HEREBY ORDERED** that Defendant Corey Stubbs' Motion for Return of Personal Property (#162) is **granted**.

DATED: November 20, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**